## STATE OF INDIANA v. ANHEUSER-BUSCH BREWING COMPANY.

[No. 23,027.   Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against the Anheuser-Busch Brewing Company. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Omer S. Jackson*, *Wilbur T. Gruber* and *M. L. Pigg*, for the State.
*Davis, Bogart & Royse*, for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Terre Haute Brewing Co.* (1917), *ante* 248, 115 N. E. 772. On the authority of that case the judgment herein is affirmed.

---

## STATE OF INDIANA v. WATSON.

[No. 23,047.   Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Tom Watson. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber*, for the State.
*John W. Lindley* and *Walter F. Wood*, for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929. On the authority of that case the judgment herein is affirmed.

---

## STATE OF INDIANA v. REEVES.

[No. 23,034.   Filed June 21, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against George Reeves. From a judgment quashing the indictment, the State appeals. *Affirmed.*